THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHERINE R. LOO
Special Assistant United States Attorney
California State Bar 162029
    333 Market Street, Suite 1500
    San Francisco, California  94105
    Tel:  (415) 977-8927
    Fax:  (415) 744-0134
    Email:  Katherine.Loo@ssa.gov

Attorneys for Defendant,
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DIANE J. LIND,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV-08-700-PJW<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

-1-

1   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2   above-captioned action is remanded to the Commissioner of Social
3   Security for further proceedings consistent with the Stipulation for Remand.
4       DATED:   1/22/09

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ - *Katherine R. Loo*
KATHERINE R. LOO
Special Assistant United States Attorney

Attorneys for Defendant