Manuel D. Serpa, Calif. Bar No. 174182
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mds.esq@gmail.com

Attorney for plaintiff Diane J. Lind

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE J. LIND,<br>(XXX-XX-2319)<br><br>      PLAINTIFF,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      DEFENDANT. | No. EDCV 08-00700 PJW<br><br>ORDER GRANTING PLAINTIFF'S PETITION FOR EAJA ATTORNEY'S FEES |

Based upon the plaintiff's petition for attorney's fees under the Equal Access to Justice Act, and for cause shown,

IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FIVE THOUSAND EIGHT HUNDRED SEVEN DOLLARS and 76/100's ($5,807.76), as authorized by 28 U.S.C. § 2412.

DATED:  4/15/09

*Patrick J. Walsh*

_____
HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees

- 1